



January 3, 2017

VIA ELECTRONIC FILING

Clerk
United States District Court
Clarkson S. Fisher Federal Bldg. & US Courthouse
402 E. State Street
Trenton, NJ 08608

Re:  *Silver v. Pep Boys - Manny, Moe & Jack of Delaware, Inc., et al.*

Dear Sir/Madam:

Enclosed for filing are the following:

1. Notice of Removal and Copies of All Process and Pleadings;
2. Civil Cover Sheet; and
3. Certification of Service.

Very truly yours,

David R. Kott

DRK/nrm
Enclosures

cc:  Clerk of Mercer County (w/enc., via reg. mail)
    *Docket No. MER-L-2305-16*
    Sean F. Forlenza, Esq. (w/enc., via reg. mail & fax)

David R. Kott
Partner
T. 973-639-2056
F. 973-624-7070
dkott@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC