UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBRA A. SILVER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PEP BOYS-MANNY, MOE & JACK OF OF DELAWARE, INC., JANE AND JOHN DOES 1-100, and XYZ CORPORATIONS 1-10,<br><br>　　　　　　Defendants. | Civil Action No. 17-00018 (FLW)(LHG)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by McCarter & English, LLP, David R. Kott, Esq., appearing, counsel to Defendant Pep Boys-Manny, Moe & Jack of Delaware ("Defendant"), on a motion to dismiss the Second Amended Complaint of Plaintiff Debra A. Silver ("Plaintiff"), for failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(6); it appearing that Plaintiff, through her counsel Sean F. Forlenza, Esq., partially opposes the motion — opposing dismissal of Counts II and IV of the Second Amended Complaint, but consenting to dismissal, with prejudice, of all other Counts; the Court having reviewed the parties' submissions in connection with the motion; pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on even date; and for good cause shown;

**IT IS** on this 29th Day of March, 2018,

**ORDERED** that Defendants' motion is **GRANTED** and Plaintiff's Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Freda L. Wolfson
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Freda L. Wolfson
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge